IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | 3:09-md-02100-DRH-PMF<br><br>MDL No. 2100 |

**This Document Relates to:**

*Jesenia Gomez v. Bayer Corporation, et al.*          No. 3:11-cv-10402-DRH-PMF

### ORDER GRANTING DISMISSAL WITHOUT PREJUDICE

**HERNDON, District Judge:**

This matter is before the Court on Defendant's (Bayer HealthCare Pharmaceuticals Inc.) motion for an order dismissing the above captioned plaintiff's claims without prejudice for failure to file an appearance as required by this Court's Order and Local Rule 83.1(g)(2).

On December 7, 2015, the Court granted a motion to withdraw filed by counsel. The order granting leave to withdraw expressly provided that if the subject plaintiff (or her new counsel) failed to file a timely supplementary entry of appearance, the action would be subject to dismissal without prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute or to comply with the orders of this Court. To date, and in violation of this Court's orders and Local Rule 83.1(g), the above captioned plaintiff has not filed a supplementary appearance. In addition, the above captioned plaintiff has not responded to the subject motion to dismiss.

The plaintiff must comply with the Local Rules and this Court's orders. Fed. R. Civ. P. 41(b). Accordingly, for the reasons stated herein, the claims of the above captioned plaintiff are hereby **DISMISSED** without prejudice. **This Order closes the case and the Court DIRECTS the Clerk to terminate this action from its docket**.

**IT IS SO ORDERED.**

**Signed this 16th day of February, 2016.**

Digitally signed by Judge David R. Herndon
Date: 2016.02.16 16:37:34 -06'00'

**United States District Judge**